UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

PREPARED FOOD PHOTOS, INC. f/k/a    :
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,              :
                                                    :                  23-CV-1012 (VSB)
                                   Plaintiff,    :
                                                    :                  **ORDER**
              -against-                    :

ELSA LA REYNA DEL CHICHARRON INC. :
d.b.a. ELSA LA REINA DEL CHICHARRON, :
                                                    :
                                Defendant.  :
                                                    :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 7, 2023, (Doc. 1), and filed an affidavit of service on February 14, 2023, (Doc. 8). The deadline for Defendant to respond to Plaintiff's complaint was March 2, 2023. (*See* Doc. 8.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 17, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 3, 2023
             New York, New York

                                                                  _____
                                                                  VERNON S. BRODERICK
                                                                  United States District Judge